61 A.3d 1023

**Patricia McINTYRE, Petitioner**

v.

**Tyrese GIBSON, Headquarter Entertainment, Respondents.**

**No. 198 EM 2012.**

Supreme Court of Pennsylvania.

Jan. 30, 2013.

## *ORDER*

PER CURIAM.

AND NOW, this 30th day of January, 2013, the Petition for Leave to File Petition for Allowance of Appeal is **DENIED.**